IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**KENNETH RAY PITTS**                                                **PLAINTIFF**
**ADC #085938**

V.                  NO: 5:19-CV-00193 BRW-PSH

**R. HERRINGTON JR**, *et al.*                                     **DEFENDANTS**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE. Pitts has thirty days to reopen the case by paying the $400 filing and administrative fees in full and filing a Motion to Reopen.

IT IS SO ORDERED this 3rd day of July, 2019.

                                                        Billy Roy Wilson
                                                        UNITED STATES DISTRICT JUDGE