# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**KENNETH RAY PITTS**  **PLAINTIFF**
**ADC #085938**

**V.**  **NO: 5:19-CV-00193 BRW-PSH**

**R. HERRINGTON JR,** *et al.*  **DEFENDANTS**

## JUDGMENT

Based on the order filed today, judgment is entered dismissing this case without prejudice.

IT IS SO ORDERED this 3rd day of July, 2019.

                                        Billy Roy Wilson
                                        UNITED STATES DISTRICT JUDGE